IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:

HATTIE B. JONES and                  CASE NO. 10-05137

ROBERT THURMAN JONES

    DEBTORS.                            CHAPTER 13

## OBJECTION TO CLAIM

COME NOW the Debtors, Hattie B. and Robert Thurman Jones, in the above styled matter, by and through their attorney, and object to the following claim:

---

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Standing Order, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a written objection within thirty (30) days from the date of service of this paper. If you object to the relief requested in this paper, you must file a written objection stating the specific ground or grounds on which your objection is based with the Clerk of the Court at 201 St. Louis Street Mobile, Alabama 36602, and serve a copy on the movant's attorney, James D. Patterson, 166 Government St., Suite 100, Mobile, AL 36602.

If you file and service a written objection stating the specific ground or grounds on which your objection is based within the time permitted, the Court will schedule a hearing and you will be notified. IF YOU DO NOT FILE A PROPER WRITTEN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.

---

| Claim No. | Claimant | Amount | Specific Basis for Objection |
|---|---|---|---|
| #10 | Mitchell's Automotive Sales | $5,112.23 | Failure of creditor to supporting documentation. |

Wherefore, Debtors request that after notice and hearing, the unsecured general claim be reduced to $0.

                                       /s/ James D. Patterson
                                       **James D. Patterson, Esq.**

**OF COUNSEL:**
**Underwood & Riemer, PC**
**166 Government Street, Suite 100**
**Mobile, AL 36602**
**Telephone: 251-432-9212**
**jpatterson@alalaw.com**

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing pleading upon the Creditor listed below by depositing a copy of the same in the United States mail, properly addressed and first class postage affixed prepaid on this the 21st day of January 2011 and John C. McAleer, III, Chapter 13 Standing Trustee, using the electronic filing system.

Mitchell's Automotive Sales
3237 Longridge Dr. E.
Mobile AL 36693

                                        /s/ James D. Patterson
                                        James D. Patterson, Esq.